## Case No. 4,024.
### DOUGHERTY et ux. v. BENTLEY.
[1 Cranch, C. C. 219.] [1]

Circuit Court, District of Columbia. Dec. Term, 1804.

PLEADING—AMENDMENT.

A declaration in slander may be amended by adding a new charge, on payment of costs and continuance.

Motion by the plaintiff to amend the declaration in slander, by changing the words from a charge of being a whore, to that of theft. Granted, on payment of all antecedent costs, and also continued at costs of plaintiff, he having permitted his witness to depart, upon the expectation that the trial of Peacock would have taken up the whole day.